# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>TROY WADE WALLACE,<br>DEBTOR | BANKRUPTCY CASE NUMBER<br><br>19-33051 |

PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.

## TRUSTEE'S NOTICE OF SALE

Please take notice that Carly B. Wilkins, Trustee in the above-styled cause proposes to sell BP Resources, LLC, the estate's partial remainder interest in the real property located at 795 Hicks Stone Road, Tallassee, Alabama 36078 in consideration of the payment of $10,200.00. In support of said sale, the Trustee would make known the following:

1. The Debtor, Troy Wade Wallace listed a co-remainder interest in the real property located at 795 Hicks Stone Road, Tallassee, Alabama 36078, on his schedules and ascribed to it a zero dollar value.

2. BP Resources, LLC has offered $10,200 for the Debtor's interest in the above stated interest.

3. In the event the proposed sale BP Resources, LLC is not successful, and the estate's interest is sold to another individual or third party, B.P. Resources, LLC and/or assignees would be entitled to receive 10% of the offer price, or $1,020, as a "breakup fee" to compensate them from their due diligence in researching the estate's interest on behalf of the estate and themselves, therefore the next acceptable offer to the estate would need to be $13,000 or higher.

4. The Trustee believes that this sale is in the best interest of the Estate.

5. The Trustee further requests authorization to pay normal related closing costs associated with the sale of the property at closing if necessary.

THEREFORE, unless objections to said sale are filed with the Bankruptcy Court and served on the Trustee no later than March 11, 2020 the Trustee will sell the interest described hereinabove pursuant to this notice of sale.

**RESPECTFULLY SUBMITTED** this the 19th day of February, 2020.

/s/ Carly B. Wilkins
Carly B. Wilkins (BRO270)
Trustee
560 South McDonough Street, Ste. A
Montgomery, Alabama 36104
Telephone     334-269-0269
Fax           334-323-5666
cwilkins@cbwlegal.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day placed a copy of the above and foregoing Notice of Sale by electronic transmission and/or by placing a copy in the United States Mail with sufficient postage for first class delivery to the Bankruptcy Administrator, Michael A. Fritz, Sr., counsel for Debtor and all creditors as listed on the creditors matrix.

**DONE** this the 19th day of February, 2020.

/s/ Carly B. Wilkins
Carly B. Wilkins (BR0270)
Trustee
560 South McDonough Street, Ste. A
Montgomery, Alabama 36104
Telephone    334-269-0269
Fax          334-323-5666
cwilkins@cbwlegal.com