IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TROY WADE WALLACE | ) | CHAPTER 11 |
| | ) | CASE NO. 19-33051 |
| DEBTOR. | ) | |

## RESPONSE TO TRUSTEE'S NOTICE OF SALE

COMES NOW the Debtor, Troy Wade Wallce and objects to the Trustee's Notice of Sale and respectfully represents unto the Court the following:

1. On February 19, 2020 the Trustee filed a Notice of Sale, wherein she was selling the Debtor's interest in 795 Hicks Stone Road, Tallassee, Alabama 36708 to BP Resources, LLC for $10,200.00.

2. The Trustee has agreed to accept $13,000 from the Debtor to abandon the property back to the Debtor.

3. The Debtor is withdrawing the funds from his retirement. The money has not been received yet. However, the Debtor still wishes to pay the Trustee.

WHEREFORE, the Debtor request that this Court deny the Trustee's sale of the property to BP Resources, LLC along with such other and further relief as is just.

\s\ Michael A. Fritz, Sr.
Michael a. Fritz, Sr.

OF COUNSEL:
FRITZ LAW FIRM, LLC
25 South Court Street, Suite 200
Montgomery, Alabama 36104
(334) 230-9790
(334) 230-9789 Fax

Email: bankruptcy@fritzlawalabama.com

## Certificate of Service

    I, Michael A. Fritz, Sr., do hereby certify I have this date mailed a copy of the above and foregoing upon the Trustee by electronic notice this 11th day of March 2020.

                                                    /s/ Michael A. Fritz, Sr.
                                                    Michael a. Fritz, Sr.